IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ENOCH HOWARD,<br>　　Plaintiff, | :<br>:<br>: |
| v. | : 　CIVIL ACTION NO. 24-CV-6783 |
| TREELINE SPORTS, *et al.*,<br>　　Defendants. | :<br>:<br>: |

## ORDER

AND NOW, this 30th day of January, 2025, upon consideration of Plaintiff Daniel Enoch Howard's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum, as follows:

    a. Howard's claim for malicious prosecution against Officer Naber is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim; and

    b. Howard's remaining claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

4. No leave to amend will be granted since any attempt would prove futile.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mary Kay Costello*
_____
**MARY KAY COSTELLO, J.**